IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GARY MANDERSCHIED, on behalf
of himself and all others similarly situated,**

**Plaintiff,**

**v.**

**ALLSTATE LIFE INSURANCE
COMPANY,**

**Defendant.**                              **No. 04-CV-0381-DRH**

## ORDER

**HERNDON, District Judge:**

The Court takes up this matter for purposes of docket control. On November 19, 2004, the Court stayed this case to await the Seventh Circuit's decision in ***Kircher v. Putnam*, 7th Cir. Case No. 04-1495**, because the jurisdictional issues in the ***Kircher*** appeal were relevant to the issues raised in Plaintiff's motion to remand. (Doc. 19.) Since the Seventh Circuit has issued its opinion in ***Kircher*** and that decision has not been appealed, the Court **LIFTS** the stay in this case. The Court **GRANTS LEAVE** to the Parties to file a supplemental brief not to exceed 10 pages to discuss ***Kircher***'s application to this case. Plaintiff has until Wednesday, June 1, 2005, to file a supplemental brief. Defendant's brief is due twenty days after the date Plaintiff's supplement is filed.

**IT IS SO ORDERED.**

Signed this 19th day of May, 2005.

/s/   David RHerndon
**United States District Judge**